IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COALITION OF HUMAN ADVOCATES FOR K9'S AND OWNERS,<br><br>    Plaintiff,<br><br>  v.<br><br>STATE OF CALIFORNIA, et al.,<br><br>    Defendants.<br>_____/ | No. C-06-1887 MMC<br><br>**ORDER DIRECTING STATE DEFENDANTS TO LODGE CHAMBERS COPIES IN COMPLIANCE WITH GENERAL ORDER 45 AND THE COURT'S STANDING ORDERS** |

    On June 23, 2006, defendants State of California and Attorney General Bill Lockyer ("State defendants") electronically filed a motion to dismiss.  The state defendants have violated General Order 45 and the Court's standing orders, however, by failing to deliver to the Clerk's Office "no later than noon on the business day following the day that the papers are filed electronically, one paper copy of each document that is filed electronically . . . marked 'Chambers Copy' and . . . clearly marked with the judge's name, case number, and 'Chambers Copy-Do Not File.'" See General Order 45 § VII.G; see also Standing Orders For Civil Cases Assigned to The Honorable Maxine M. Chesney ¶ 2.

    The State defendants are hereby ORDERED to comply with General Order 45 and the Court's standing orders by immediately submitting chambers copies of the above-referenced document.  The State defendants are hereby advised that if they fail in the future to comply with the Court's order to provide chambers copies of electronically-filed

1 documents, the Court may impose sanctions, including, but not limited to, striking from the
2 record any electronically-filed document of which a chambers copy has not been timely
3 provided to the Court.
4 **IT IS SO ORDERED.**
5 Dated: June 30, 2006

         MAXINE M. CHESNEY
         United States District Judge