1 | ERIC G. YOUNG, ESQ. (190104)
  | LAW OFFICES OF ERIC G. YOUNG
2 | 100 B Street, Suite 340
  | Santa Rosa, CA 95401
3 | Telephone: 707.575.5005
  | Facsimile: 707.575.5395
4 | Email: eyounglaw@hotmail.com

5 | Attorneys for Plaintiff COALITION OF
  | HUMAN ADVOCATES FOR K9'S &
6 | OWNERS

## UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COALITION OF HUMAN ADVOCATES FOR K9'S & OWNERS, an<br><br>    Plaintiff,<br><br>v.<br><br>STATE OF CALIFORNIA, et al.<br><br>    Defendants. | Case No. C06-1887 MMC<br><br>**STIPULATION AND ORDER CONTINUING HEARING DATE ON MOTION TO DISMISS AND ESTABLISHING FURTHER BRIEFING SCHEDULE**<br><br>Date:  July 28, 2006<br>Time:  9:00 a.m.<br>Place:  19th Floor, Courtroom 7<br>T/D:   None Set |

   Plaintiff and Defendants hereby Stipulate that the hearing date on Defendants' respective Motions to Dismiss shall, with the Court's approval, be continued to August 11, 2006 at 9:00 a.m., in Courtroom 7, of this Court, or as soon thereafter as the Court's schedule will permit.

   The parties have further agreed that Plaintiff's papers responding to or opposing Defendants' Motions to Dismiss shall be filed and served on July 14, 2006.  Defendants' reply papers shall be filed and served by July 28, 2006.

///

///

Dated:_____                              _____/s/_____
                                                Peter M. Williams, Dep. Atty. Gen'l.,
                                                Attorneys for State Defendants

Dated:_____                              _____/s/_____
                                                Vince Chhabria, Dep. City Atty.,
                                                Attorneys for Local Defendants

Dated:_____                              _____/s/_____
                                                Eric G. Young, Attorney for Plaintiff

## ORDER

The parties having Stipulated and Good Cause appearing, the Court hereby orders that the hearing on State Defendants' Motion to Dismiss shall be continued to ~~August 11~~ August 18, 2006, at 9:00 a.m. in Courtroom 7 of the above-captioned Court.

Plaintiff's papers opposing Defendants' Motions to Dismiss shall be filed and served by July 14, 2006. Defendants' reply papers shall be filed and served by July 28, 2006.

Dated: July 11, 2006                            _____
                                                The Honorable Maxine M. Chesney,
                                                Judge of the U.S. District Court