1  ERIC G. YOUNG, ESQ. (190104)
   LAW OFFICES OF ERIC G. YOUNG
2  100 B Street, Suite 340
   Santa Rosa, CA 95401
3  Telephone: 707.575.5005
   Facsimile: 707.575.5395
4  Email: eyounglaw@hotmail.com

5  Attorneys for Plaintiff COALITION OF
   HUMAN ADVOCATES FOR K9'S &
6  OWNERS

7

8                   UNITED STATES DISTRICT COURT

9            FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11 COALITION OF HUMAN ADVOCATES      )   Case No. C06-1887 MMC
   FOR K9'S & OWNERS, an             )
12                                   )   ORDER GRANTING
        Plaintiff,                   )
13                                   )   **REQUEST FOR DISMISSAL**
   v.                                )   **OF DEFENDANTS STATE OF**
14                                   )   **CALIFORNIA; BILL LOCKYER**
   STATE OF CALIFORNIA, et al.       )   **IN HIS CAPACITY AS ATTY.**
15                                   )   **GENERAL OF THE STATE OF**
        Defendants.                  )   **CA AND ORDER THEREON**
16                                   )
                                     )
17                                   )
                                     )
18                                   )
                                     )
19                                   )
                                     )
20 _____ )

21      COMES NOW, Plaintiff COALITION OF HUMAN ADVOCATES FOR K9'S &

22 OWNERS and respectfully requests that the Court dismiss, without prejudice, Defendants

23 STATE OF CALIFORNIA and Defendant BILL LOCKYER IN HIS CAPACITY AS

24 ATTORNEY GENERAL OF THE STATE OF CA.

25 Dated: July 14, 2006                     LAW OFFICES OF ERIC G. YOUNG

26                                          By:_____/s/_____
                                            Eric G. Young, Attorneys for Plaintiff
27                                          COALITION OF HUMAN
                                            ADVOCATES FOR K9'S & OWNERS
28

On behalf of Defendants STATE OF CALIFORNIA and BILL LOCKYER IN HIS CAPACITY AS ATTORNEY GENERAL OF THE STATE OF CA, I agree to this Request for Dismissal.

Dated: July 14, 2006

_____/s/_____
Peter Williams, Dep. Atty. General,
Attorneys for Defendants STATE OF CA and BILL LOCKYER IN HIS CAPACITY AS ATTY. GEN'L OF THE STATE OF CA

**<u>ORDER</u>**

Plaintiffs Request for Dismissal without prejudice of Defendants STATE OF CALIFORNIA and BILL LOCKYER IN HIS CAPACITY AS ATTORNEY GENERAL OF THE STATE OF CA is hereby granted.

The motion to dismiss filed by defendants State of California and Bill Lockyer is hereby DENIED as moot.

Dated: July 18, 2006

_____
The Honorable Maxine M. Chesney,
Judge of the U.S. District Court