1  ERIC G. YOUNG, ESQ. (190104)
   LAW OFFICES OF ERIC G. YOUNG
2  100 B Street, Suite 340
   Santa Rosa, CA 95401
3  Telephone: 707.575.5005
   Facsimile: 707.575.5395
4  Email: eyounglaw@hotmail.com

5  Attorneys for Plaintiff COALITION OF
   HUMAN ADVOCATES FOR K9'S &
6  OWNERS

7

8                  UNITED STATES DISTRICT COURT

9              FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11 COALITION OF HUMAN ADVOCATES         )   Case No. C06-1887 MMC
   FOR K9'S & OWNERS, an                )
12                                      )
          Plaintiff,                    )   **ORDER ON MOTION TO**
13                                      )   **CHANGE TIME OF HEARING**
   v.                                   )   **ON DEFENDANTS' MOTION**
14                                      )   **TO DISMISS AND TO**
   STATE OF CALIFORNIA, et al.          )   **ESTABLISH NEW BRIEFING**
15                                      )   **SCHEDULE**
          Defendants.                   )
16                                      )
                                        )   Date: 11/17/2006
17                                      )   Time:
                                        )   Dept. 7
18                                      )   Judge: Chesney
                                        )
19 _____ )

20      The Court has read and considered the Plaintiff's Motion to Change Time of the hearing

21 on Defendants' Motion to Dismiss, and to establish a new briefing schedule, as set forth in

22 Plaintiff's moving papers.

23      Having read and considered Plaintiff's Motion, Plaintiff's Motion is GRANTED. The

24 hearing date on Defendants' Motion to Dismiss is rescheduled to February 2, 2007. Plaintiff's

25 ///

26 ///

27 ///

28

1  Opposition shall be filed and served by December 20, 2006. Defendant's Reply shall be filed
2  and served by January 19, 2007.
3      IT IS SO ORDERED.
4  Dated: November 20, 2006

                                    The Hon. Maxine M. Chesney
                                    U.S. District Court Judge