DENNIS J. HERRERA, State Bar #139669
City Attorney
WAYNE SNODGRASS, State Bar #148137
VINCE CHHABRIA, State Bar #208557
Deputy City Attorneys
City Hall, Room 234
1 Dr. Carlton B. Goodlett Place
San Francisco, California 94102-4682
Telephone:     (415) 554-4674
Facsimile:      (415) 554-4699

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO,
GAVIN NEWSOM, CARL FRIEDMAN and
SAN FRANCISCO ANIMAL CARE AND CONTROL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COALITION OF HUMAN ADVOCATES FOR K9'S & OWNERS, AN UNINCORPORATED ASSOCIATION,<br><br>            Plaintiff,<br><br>     vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, MAYOR GAVIN NEWSOM IN HIS CAPACITY AS THE MAYOR OF THE CITY AND COUNTY OF SAN FRANCISCO, CARL FRIEDMAN IN HIS CAPACITY AS DIRECTOR OF SAN FRANCISCO ANIMAL CARE AND CONTROL, SAN FRANCISCO ANIMAL CARE AND CONTROL, AND DOES 1 THROUGH 50, INCLUSIVE,<br><br>            Defendants. | Case No. C06-1887 MMC<br>(Related to Case No. C06-4713 MMC)<br><br>**[PROPOSED]** ORDER GRANTING STIPULATED APPLICATION TO CONTINUE HEARING DATE<br><br>Hearing Date:   ~~February 23, 2007~~  March 2, 2007<br>Time:                  9:00 a.m.<br>Place:                 Coutroom 7<br><br>Trial Date:           None Set |

1   The stipulated application to continue the hearing on the motion to dismiss filed by the City
2   and County of San Francisco is granted.  The hearing scheduled for Friday, February 2, 2007 is
3   vacated.  The hearing shall be set for Friday, ~~February 23,~~ March 2, 2007 at 9:00 a.m. in Courtroom 7.
4   IT IS SO ORDERED.

6   Dated:  January 22, 2007

By: /s/ Maxine M. Chesney
MAXINE M. CHESNEY
United States District Judge

[PROPOSED] ORDER
USDC NO. C06-1887 MMC

2

n:\govlit\li2006\061300\00003686.doc