| | |
|---|---|
| 1 | DENNIS J. HERRERA, State Bar #139669 |
| | City Attorney |
| 2 | WAYNE SNODGRASS, State Bar #148137 |
| | VINCE CHHABRIA, State Bar #208557 |
| 3 | Deputy City Attorneys |
| | City Hall, Room 234 |
| 4 | 1 Dr. Carlton B. Goodlett Place |
| | San Francisco, California 94102-4682 |
| 5 | Telephone:    (415) 554-4674 |
| | Facsimile:    (415) 554-4699 |
| 6 | |
| 7 | Attorneys for Defendants |
| | CITY AND COUNTY OF SAN FRANCISCO, |
| 8 | GAVIN NEWSOM, CARL FRIEDMAN and |
| | SAN FRANCISCO ANIMAL CARE AND CONTROL |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COALITION OF HUMAN ADVOCATES FOR K9'S & OWNERS, AN UNINCORPORATED ASSOCIATION, | Case No. C06-1887 MMC (Related to Case No. C06-4713 MMC) |
| Plaintiff, | [PROPOSED] ORDER GRANTING EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO SECOND AMENDED COMPLAINT |
| vs. | |
| CITY AND COUNTY OF SAN FRANCISCO, MAYOR GAVIN NEWSOM IN HIS CAPACITY AS THE MAYOR OF THE CITY AND COUNTY OF SAN FRANCISCO, CARL FRIEDMAN IN HIS CAPACITY AS DIRECTOR OF SAN FRANCISCO ANIMAL CARE AND CONTROL, SAN FRANCISCO ANIMAL CARE AND CONTROL, AND DOES 1 THROUGH 50, INCLUSIVE, | |
| Defendants. | |

1   The stipulated ex parte application for an order extending time to answer or otherwise respond
2   to the Second Amended Complaint in the above-captioned matter to April 20, 2007 is granted.
3   IT IS SO ORDERED.

5   Dated: March 22, 2007

_____
MAXINE M. CHESNEY
United States District Judge

USDC NO. C06-1887 MMC                    2                    n:\govlit\li2006\061300\00016086.doc