**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COALITION OF HUMAN ADVOCATES FOR K9'S AND OWNERS,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>STATE OF CALIFORNIA, et al.,<br><br>　　　　Defendants.<br>　　　　　　　　　　　　　　　　　　　／ | No. C-06-1887 MMC<br><br>**ORDER SCHEDULING CASE MANAGEMENT CONFERENCE** |

　　　Plaintiff having filed its Second Amended Complaint and defendants having answered, the parties are hereby ORDERED to appear at a Case Management Conference on January 25, 2008 at 10:30 a.m.  A Joint Case Management Statement shall be filed no later than January 18, 2008.

　　　**IT IS SO ORDERED.**

Dated: November 30, 2007

　　　　　　　　　　　　　　　　　　　　　　MAXINE M. CHESNEY
　　　　　　　　　　　　　　　　　　　　　　United States District Judge