DENNIS J. HERRERA, State Bar #139669
City Attorney
WAYNE SNODGRASS, State Bar #148137
VINCE CHHABRIA, State Bar #208557
Deputy City Attorneys
City Hall, Room 234
1 Dr. Carlton B. Goodlett Place
San Francisco, California 94102-4682
Telephone:     (415) 554-4674
Facsimile:      (415) 554-4699


Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO,
GAVIN NEWSOM, CARL FRIEDMAN and
SAN FRANCISCO ANIMAL CARE AND CONTROL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COALITION OF HUMAN ADVOCATES FOR K9'S & OWNERS, AN UNINCORPORATED ASSOCIATION,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, MAYOR GAVIN NEWSOM IN HIS CAPACITY AS THE MAYOR OF THE CITY AND COUNTY OF SAN FRANCISCO, CARL FRIEDMAN IN HIS CAPACITY AS DIRECTOR OF SAN FRANCISCO ANIMAL CARE AND CONTROL, SAN FRANCISCO ANIMAL CARE AND CONTROL, AND DOES 1 THROUGH 50, INCLUSIVE,<br><br>　　　　　Defendants. | Case No. C06-1887 MMC<br>(Related to Case No. C06-4713 MMC)<br><br>**STIPULATED APPLICATION TO CONTINUE CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER** |

　　　　The parties have reached a tentative agreement to settle the above-captioned matter, which

would include dismissal of the action. However, the parties must still commit the tentative agreement

1 | to writing.  Accordingly, the parties respectfully request that the case management conference,
2 | presently scheduled for January 25, 2008, be continued to March 28, 2008.  A proposed order is
3 | attached.

Dated:  January 16, 2008

By: _____/s/_____
VINCE CHHABRIA
Attorney for Defendants
CITY AND COUNTY OF SAN FRANCISCO,
GAVIN NEWSOM, CARL FRIEDMAN and
SAN FRANCISCO ANIMAL CARE AND CONTROL

Dated:  January 16, 2008

By: _____/s/_____
ERIC YOUNG
Attorney for Plaintiff
COALITION OF HUMAN ADVOCATES FOR K9'S &
OWNERS

**ORDER**

The stipulated application to continue the case management conference is granted.  The case management conference shall take place Friday, March 28, 2008 at 10:30 a.m. in Courtroom 7.

IT IS SO ORDERED.

Dated:  January 17, 2008

By: _____
MAXINE M. CHESNEY
United States District Judge