1  DENNIS J. HERRERA, State Bar #139669
   City Attorney
2  WAYNE SNODGRASS, State Bar #148137
   VINCE CHHABRIA, State Bar #208557
3  Deputy City Attorneys
   City Hall, Room 234
4  1 Dr. Carlton B. Goodlett Place
   San Francisco, California 94102-4682
5  Telephone:     (415) 554-4674
   Facsimile:     (415) 554-4699

6

7  Attorneys for Defendants
   CITY AND COUNTY OF SAN FRANCISCO,
8  GAVIN NEWSOM, CARL FRIEDMAN and
   SAN FRANCISCO ANIMAL CARE AND CONTROL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COALITION OF HUMAN ADVOCATES FOR K9'S & OWNERS, AN UNINCORPORATED ASSOCIATION,<br><br>           Plaintiff,<br><br>     vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, MAYOR GAVIN NEWSOM IN HIS CAPACITY AS THE MAYOR OF THE CITY AND COUNTY OF SAN FRANCISCO, CARL FRIEDMAN IN HIS CAPACITY AS DIRECTOR OF SAN FRANCISCO ANIMAL CARE AND CONTROL, SAN FRANCISCO ANIMAL CARE AND CONTROL, AND DOES 1 THROUGH 50, INCLUSIVE,<br><br>           Defendants. | Case No. C06-1887 MMC<br>(Related to Case No. C06-4713 MMC)<br><br>**STIPULATED APPLICATION TO CONTINUE CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER** |

    The parties have reached a tentative agreement to settle the above-captioned matter, which would include dismissal of the action.  The Case Management Conference, previously scheduled for

1  January 25, 2008, was continued to March 28, 2008 to permit the parties to finalize the settlement.
2  However, shortly after the continuance was granted, undersigned counsel for the City went on
3  parental leave earlier than expected, and is only now back in the office.  Accordingly, the parties
4  respectfully request that the case management conference be further continued to May 9, 2008, by
5  which point the parties anticipate that the case will be dismissed and the matter taken off calendar.  A
6  proposed order is attached.

Dated:  March 21, 2008

By:_____/s/_____
   VINCE CHHABRIA
   Attorney for Defendants
   CITY AND COUNTY OF SAN FRANCISCO,
   GAVIN NEWSOM, CARL FRIEDMAN and
   SAN FRANCISCO ANIMAL CARE AND CONTROL

Dated:  March 21, 2008

By:_____/s/_____
   ERIC YOUNG
   Attorney for Plaintiff
   COALITION OF HUMAN ADVOCATES FOR K9'S &
   OWNERS

### ORDER

The stipulated application to continue the case management conference is granted.  The case management conference shall take place Friday, May 9, 2008 at 10:30 a.m. in Courtroom 7.

IT IS SO ORDERED.

Dated:  March 21, 2008

By:_____
   MAXINE M. CHESNEY
   United States District Judge

STIPULATED APPLICATION;PROPOSED ORDER          2                n:\govlit\li2006\061300\00473752.doc
USDC NO. C06-1887 MMC