United States District Court<br>For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COALITION OF HUMAN ADVOCATES FOR K9'S AND OWNERS,<br><br>    Plaintiff,<br><br>  v.<br><br>STATE OF CALIFORNIA, et al.,<br><br>    Defendants.<br>_____/ | No. C-06-1887 MMC<br><br>**ORDER DENYING STIPULATED APPLICATION; CONTINUING CASE MANAGEMENT CONFERENCE** |

    The Court is in receipt of the parties' Stipulated Application to Vacate Case Management Conference, in which the parties state they have "reached an agreement to settle the above-captioned matter," (see Stip. App. at 1:26), and request the Case Management Conference scheduled for May 9, 2008 be vacated, (see id. at 2:1-2). The Court prefers, however, to maintain the case on its calendar until such time as a stipulation to dismiss is filed.

    Accordingly, the Stipulated Application is hereby DENIED, and the Case Management Conference scheduled for May 9, 2008 is hereby CONTINUED to June 13, 2008. A Joint Case Management Statement shall be filed no later than June 6, 2008. If the parties file a stipulation of dismissal on or before June 6, 2008, the Case Management

//

1 | Conference will be vacated.
2 | **IT IS SO ORDERED.**
3 |
4 | Dated: May 6, 2008                          MAXINE M. CHESNEY
  |                                             United States District Judge