| | |
|---|---|
| 1 | DENNIS J. HERRERA, State Bar #139669 |
| | City Attorney |
| 2 | WAYNE SNODGRASS, State Bar #148137 |
| | VINCE CHHABRIA, State Bar #208557 |
| 3 | Deputy City Attorneys |
| | City Hall, Room 234 |
| 4 | 1 Dr. Carlton B. Goodlett Place |
| | San Francisco, California 94102-4682 |
| 5 | Telephone:   (415) 554-4674 |
| | Facsimile:   (415) 554-4699 |

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO,
GAVIN NEWSOM, CARL FRIEDMAN and
SAN FRANCISCO ANIMAL CARE AND CONTROL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COALITION OF HUMAN ADVOCATES FOR K9'S & OWNERS, AN UNINCORPORATED ASSOCIATION, | Case No. C06-1887 MMC (Related to Case No. C06-4713 MMC) |
| Plaintiff, | **STIPULATED DISMISSAL WITH PREJUDICE;** ~~[PROPOSED]~~ **ORDER** |
| vs. | |
| CITY AND COUNTY OF SAN FRANCISCO, MAYOR GAVIN NEWSOM IN HIS CAPACITY AS THE MAYOR OF THE CITY AND COUNTY OF SAN FRANCISCO, CARL FRIEDMAN IN HIS CAPACITY AS DIRECTOR OF SAN FRANCISCO ANIMAL CARE AND CONTROL, SAN FRANCISCO ANIMAL CARE AND CONTROL, AND DOES 1 THROUGH 50, INCLUSIVE, | |
| Defendants. | |

The case having been fully settled, the parties hereby stipulate pursuant to Rule 41(a) of the Federal Rules of Civil Procedure and request that the Court order the action fully dismissed with prejudice, each side to bear its own costs and attorneys' fees.  A proposed order is attached.

Dated:  June 3, 2008

By:_____/s/_____
VINCE CHHABRIA
Attorney for Defendants
CITY AND COUNTY OF SAN FRANCISCO,
GAVIN NEWSOM, CARL FRIEDMAN and
SAN FRANCISCO ANIMAL CARE AND CONTROL

Dated:  June 3, 2008

By:_____/s/_____
ERIC YOUNG
Attorney for Plaintiff
COALITION OF HUMAN ADVOCATES FOR K9'S &
OWNERS

### **ORDER**

In accordance with the parties' stipulation, it is ORDERED that the above-captioned case be dismissed fully with prejudice.  Each side shall bear its own costs and attorneys' fees.

Dated:  June _5_, 2008

By:_____
MAXINE M. CHESNEY
United States District Judge